IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM TURNER, | : | CIVIL ACTION NO.: |
| | : | 5:17-CV-03971-EGS |
| Plaintiff | : | |
| | : | |
| v. | : | Judge Smith |
| | : | |
| DART CONTAINER CORPORATION OF PENNSYLVANIA, | : | |
| | : | |
| Defendant | : | |

### STIPULATION OF DISCONTINUANCE

Plaintiff, William Turner, and Defendant, Dart Container Corporation of Pennsylvania, by their respective attorneys, hereby stipulate and agree to discontinue and dismiss the above-referenced action, with prejudice, and without costs for any party.

**MCCARTHY WEISBERG CUMMINGS, P.C.**

/s/ Larry A. Weisberg
Larry A. Weisberg
2704 Commerce Drive
Suite B
Harrisburg, PA 17110
(717) 238-5707 (phone)
(717) 233-8133 (fax)
lweisberg@mwcfirm.com

*Attorneys for Plaintiff*

June 22, 2018

**POST & SCHELL, P.C.**

/s/ Sidney R. Steinberg
Sidney R. Steinberg
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1140 (phone)
ssteinberg@postschell.com

*Attorney for Defendant*



Edward G. Smith, Judge

*The Clerk of Court Shall mark this case CLOSED*